UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,<br><br>    Plaintiff,<br><br>   v.<br><br>STARBUCKS CORP., and others,<br><br>    Defendants. | Case No. 16-cv-05522 NC<br><br>**ORDER DISMISSING CASE** |

This case was reported settled on July 20 and again on August 3. Dkt. Nos. 115, 119. Since the August 3 status report, plaintiff's counsel has not responded to two notices requesting dismissal or an updated settlement status report. Dkt. Nos. 120, 121. The September 7 notice warned plaintiff that he must show cause in writing by September 10 why the case should not be dismissed for failure to prosecute. Plaintiff did not respond. The pretrial conference is scheduled for September 12 and trial is scheduled for September 24. No party has filed any pretrial conference materials.

It is apparent that the case has settled, plaintiff has failed to further prosecute the case, and that no disputed issues remain. The case is therefore DISMISSED under Federal Rule of Civil Procedure 41(b) and the Clerk of Court must close the file.

**IT IS SO ORDERED.**

Dated: September 11, 2018

                                      NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 16-cv-05522 NC